# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2019

157210(87)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DENNIS KEITH TOWNE,
     Defendant-Appellant.
_____/

SC: 157210
COA: 322820
Livingston CC: 12-020831-FH

By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before July 19, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2019



Clerk